**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2188**

_____

PENSICOLA BANKS,

              Plaintiff - Appellant,

     v.

JOHN M. MCHUGH, Secretary, Department of the Army,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (3:12-cv-00032-JFA)

_____

Submitted: February 19, 2014      Decided: March 20, 2014

_____

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pensicola Banks, Appellant Pro Se. Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pensicola Banks appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendant summary judgment in Banks's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Banks v. McHugh, No. 3:12-cv-00032-JFA (D.S.C. Aug. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED